IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-3387 (LLA) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

This action concerns a FOIA request made by Plaintiff Judicial Watch, Inc. to Defendant Department of Justice ("the Department"). Plaintiff seeks certain records "of the Office of the Attorney General or the Office of the Deputy Attorney General, or any person acting on their behalf, regarding the Internal Revenue Service investigation of Hunter Biden." ECF No. 1 ¶ 5. The parties have conferred pursuant to the Court's March 5, 2025 minute order, and jointly state as follows:

Defendant provided a final response to Plaintiff's request on March 5, 2024 and the parties stipulated to dismiss a prior related matter without prejudice. After Hunter Biden was pardoned on December 1, 2024, Plaintiff re-filed the instant matter. On April 3, 2025, the Department issued a supplemental response to Plaintiff, consisting of eleven pages previously released in its March 5, 2024 response, with additional information released. The Department is continuing its review of the withholdings asserted in that March 5, 2024 final response to Plaintiff.

To provide sufficient time for Defendant's re-review, the parties propose submitting the next joint status report not later than 60 days from the date of this filing.

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| /s/ James F. Peterson<br>James F. Peterson (D.C. Bar No. 450171)<br>JUDICIAL WATCH, INC.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>Phone: (202) 646-5175 | MARCIA BERMAN<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/Hannah M. Solomon-Strauss<br>Hannah M. Solomon-Strauss<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 616-8198<br>Email: hannah.m.solomon-strauss@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |