# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:24-cv-3387 (LLA) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff, Judicial Watch, Inc., is now satisfied with Defendant's production in this FOIA matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, the U.S. Department of Justice, stipulate to the dismissal with prejudice of the above-captioned action. Each side agrees to bear their own attorney's fees and costs.

Dated: August 28, 2025                           Respectfully submitted,

/s/ James F. Peterson                            BRETT A. SHUMATE
James F. Peterson                                Assistant Attorney General
D.C. Bar No. 450171
JUDICIAL WATCH, INC.                             ELIZABETH J. SHAPIRO
425 Third Street SW, Suite 800                   Deputy Branch Director
Washington, DC 20024
Phone: (202) 646-5175                            /s/ Samuel Bean
                                                 Samuel Bean (MD)
Counsel for Plaintiff                            Trial Attorney
                                                 Federal Programs Branch
                                                 U.S. Department of Justice, Civil Division
                                                 1100 L Street, N.W.
                                                 Washington, D.C. 20005
                                                 Tel: (202) 455-9619
                                                 Email: Samuel.B.Bean2@usdoj.gov

                                                 Counsel for Defendant